# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MAJOR ROBERT A. BURGIN, ET AL

    VS                                  CASE NO.  3:07cv77/RV/MD

HANK'S FURNITURE INC., ET AL

**REFERRAL AND ORDER**

Referred to Judge Vinson on  06/22/2007
Type of Motion/Pleading MOTION TO REMAND WITH SUPPORTING MEMORANDUM OF LAW
Filed by: PLAINTIFFS          on 6/22/07      Doc. No. 20
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____  on _____ Doc. No. _____
_____  on _____ Doc. No. _____
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                  Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  27th  day of  June , 2007, that:

(a)    The requested relief is GRANTED.

(b)    This case is remanded to the Circuit Court for Escambia County, Florida.

                                    /s/ *Roger Vinson*
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____

                              Document No.